[pic]
 The Supreme Court of Texas
 Post Office Box 12248
 Austin, Texas 78711
 Telephone: (512) 463-1312

 FASCIMILE

|TO: |OF: |FAX NO.: |PHONE NO.:|
|Honorable Manuel R. |49th Judicial District |956-523-50|956-523423|
|Flores |Court |51 |7 |
|Mr. Byron C. Keeling |Holman Keeling & York, P.C.|713-223-22|713-223-22|
| | |24 |20 |
|Mr. Filemon B. Vela Jr.|Constant & Vela |361-887-80|361-698-80|
| | |10 |00 |
|Mr. R. Gary Laws |Bandas & Laws, P.C. |361-857-25|361-857-25|
| | |27 |22 |
|Mr. Mitchell D. Hankins|Hankins & Penner |806-792-17|806-792-18|
| | |73 |28 |
|Mr. Darrell L. Barger |Hartline Dacus Barger |361-866-80|361-866-80|
| |Dreyer & Kern, L.L.P. |39 |00 |
|Mr. Larry Funderburk |Funderburk & Funderburk, |713-526-27|713-526-18|
| |L.L.P. |08 |01 |

FROM: Clerk's Office
DATE: June 01, 2004
PAGES: ( ), including cover page

RE: Case Number 04-0382; IN RE LEVITON MANUFACTURING CO., INC.

COMMENTS: See attached order

 If you have any questions, please call. Thank you.
 [pic]
 The Supreme Court of Texas
 Post Office Box 12248
 Austin, Texas 78711
 Telephone: (512) 463-1312

 FASCIMILE

|TO: |OF: |FAX NO.: |PHONE NO.:|
|Mr. Manuel Gutierrez |Webb County District Clerk | | |
|Mr. Herb Schaefer |Clerk, Fourth Court of | | |
| |Appeals | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FROM: Clerk's Office
DATE:
PAGES: (1), including cover page

RE: Case Number ;

COMMENTS: See attached order

 If you have any questions, please call. Thank you.